UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOHN L. MEACHAM,

       Plaintiff,                           Civil No. 09-6002-HA

       v.                                  ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

HAGGERTY, District Judge:

      The parties advance a stipulated Motion to for an Order Awarding Fees [29] pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. This motion is granted in the amount of $7,275.48, upon verification that plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning addressed in *Astrue v. Ratliff*, ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees to the litigant, subjecting the fee calculation "to a federal administrative offset if the litigant has outstanding federal debts."). If plaintiff has no such debt, then payment of $7,275.48 shall be made to Drew L. Johnson, and mailed to his office at 1700 Valley River Drive, Eugene, Oregon, zip code 97401.

1  - ORDER

If plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made out to plaintiff and mailed to his counsel's office at the address provided above. Counsel represents that there are no costs or expenses to be assessed herein. Counsel also represents that plaintiff's net worth does not exceed two million dollars.

IT IS SO ORDERED.

DATED this   24  day of January, 2011.

      /s/ ANCER L. HAGGERTY
      ANCER L. HAGGERTY
      United States District Judge

2  - ORDER